# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| MEGAN GOHN, ) | |
| ) | |
| Plaintiff. ) | Civil Action No.: 2:18-cv-00866-TMP |
| ) | |
| vs. ) | |
| ) | |
| EB LLC, dba On Tap, ) | |
| ) | |
| Defendant ) | |

## MOTION TO EXTEND TIME TO SERVE DEFENDANT
## EB LLC, dba On Tap

Comes now the Plaintiff, Megan Gohn ("Gohn) through undersigned Counsel, and submits the following:

1. Gohn filed this action on June 5, 2018. (Doc. 1)

2. Contemporaneously with the filing of the Complaint, Gohn filed a Request for service by certified mail. (Doc. 3) Summons was issued as to the defendant, EB LLC, dba On Tap. (Doc. 4)

3. The Summons were returned unissued, despite the Summons being properly addressed to the initial registered agent's address at 109-B Canyon Park, Pelham, Alabama, 35124.

4.      This Court issued on Order on September 11, 2018, granting an extension of time to Gohn to complete service for an additional 30 days, and to notify the Court within that time period.

5.      Since that time, Gohn has performed the following attempts to serve the defendant and experienced the following results:

a. Sent Summons and Complaint to a second address, pursuant to the Alabama Secretary of State's records, indicating a change of address for the registered agent to 329 B Business Circle, Pelham, Alabama, 35124. This attempt was also returned unable to forward.

b. Received a "Return to Sender, Unable to Forward" notice on October 5, 2018 to the 109-B Canyon Park, Pelham, Alabama 35124 address. (Doc. 13).

c. Sent Summons and Complaint to a third address via certified mail, return receipt requested, pursuant to other records indicating the registered agent lives at 908 Glassford Court, Birmingham, Alabama, 35242. (Docs. 10 and 11). This was sent on or about October 1, 2018.

d. Gohn received notification from the U.S. Post Office that there was no available recipient on October 6, 2018, and that notice was left allowing the agent to pick up the mail by October 21, 2018, or if unclaimed, it would be

returned to sender. To date, no notification has been received that it has been claimed.

e. Attempted to serve the Summons and Complaint personally to the 908 Glassford Court, Birmingham, Alabama, 35242 address. Attempts were unsuccessful, with nobody at home during the attempts.

f. On or about October 5, 2018, Gohn sent another Alias Summons and Complaint to Post Office Box 1300, Pelham, Alabama, 35124, which, upon information and belief, is believed to be the address the registered agent maintains. At this time, no response has been received to this attempt.

g. Gohn has been unable to serve the defendant at its place of business at 737 29th Street South, Birmingham, Alabama, 35233, as that location closed. Gohn has been unable to obtain sufficient information at this time to determine whether the other locations of On Tap restaurant are owned by this Defendant, or another entity; therefore, Gohn has been unable to serve the Defendant at its place of business at this time.

6. Gohn intends to vigorously prosecute this action, and has meritorious claims against the Defendant. Gohn respectfully requests the Court extend the time to effectuate service upon this Defendant an additional thirty (30) days as a result of the difficulty of locating the Defendant and the failure of

the Defendant to properly maintain an adequate address for its registered agent for service of process under Alabama state law.

Respectfully submitted,

/s/Jeremy Schatz
Jeremy Schatz
ASB-2400-H34Y

OF COUNSEL:

The Patton Law Firm
3720 4th Ave. South
Birmingham, AL 35222

/s/Darrell L. Cartwright
Darrell L. Cartwright
ASB-1771-I58D

OF COUNSEL:

Cartwright Law Center, LLC
P.O. Box 383204
Birmingham, AL 35238

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of October, 2018, I will mail the document by U.S. mail, properly addressed and postage prepaid, to the following addresses:

EB, LLC
c/o Craig Beagle
Post Office Box 1300
Pelham, Alabama 35124

EB, LLC
c/o Craig Beagle
908 Glassford Court
Birmingham, Alabama 35242

EB, LLC
c/o Craig Beagle
329 B Business Circle
Pelham, Alabama 35124

EB, LLC
c/o Craig Beagle
737 29th Street South
Birmingham, Alabama, 35233

<u>/s/ Darrell L. Cartwright</u>
Of Counsel
Attorney for Megan Gohn
Cartwright Law Center, LLC
P.O. Box 383204
Birmingham, AL 35238
Telephone: (205) 222-5900
Facsimile: (205) 719-4020
DCartwright@gmail.com