FILED
2019 Dec-05  PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MEGAN GOHN,** ) | |
| ) | |
| **Plaintiff,** ) | **CIVIL ACTION FILE** |
| ) | **NO.: 2:18-cv-00866-BMG** |
| **v.** ) | |
| ) | |
| **EB, LLC d/b/a On Tap,** ) | |
| ) | |
| **Defendant.** ) | |

### MOTION FOR ADMISSION PRO HAC VICE OF ANNALESE H. REESE

**NOW COMES**, Marion F. Walker, counsel for Defendants Fultondale On Tap, Inc., On Tap Summit, LLC, Elaine Beegle and Todd Beegle, and moves the Court to grant *pro hac vice* status to Annalese Herndon Reese of Atlanta, Georgia and says further:

1. Mrs. Reese is co-counsel for Defendants in this case and seeks admission to this Court *pro hac vice*.

2. Mrs. Reese resides in Atlanta, Georgia.  She is not a resident of the State of Alabama.

3. Mrs. Reese is an attorney and a member of the law firm of Fisher & Phillips LLP, with offices at:

    > FISHER & PHILLIPS LLP
    > 1075 Peachtree Street, NE
    > Suite 3500
    > Atlanta, Georgia 30309
    > Telephone:  (404) 231-1400
    > Facsimile:  (404) 240-4249
    > areese@fisherphillips.com

4. Mrs. Reese is an active member in good standing and currently eligible to practice law in Georgia (Bar No. 201866).  Mrs. Reese has been admitted to practice in the following courts:  Supreme Court of Georgia (admitted in 2016), Georgia Court of Appeals (admitted in 2016), and the Northern District Court of Georgia (admitted in 2016),

5. Attached hereto is a copy of the Certificate of Good Standing from the United States District Court for the Northern District of Georgia, which is the District in which Ms. Reese practices law.
6. Mrs. Reese certifies that she has read and understands the local rules applicable in this District, the Alabama State Bar Code of Professional Courtesy and the Lawyer's Creed, and this Court's CM/ECF requirements.
7. This Motion is accompanied by payment of the prescribed admission fee, $75.00.
8. With this Motion all prerequisites of admissions *pro hac vice* have been satisfied.

WHEREFORE, PREMISES CONSIDERED, Marion F. Walker herewith moves the Court to grant this Motion to admit Annalese Herndon Reese.

DONE this 5th day of December, 2019.

Respectfully submitted,

/s/ Marion F. Walker
Marion F. Walker
ASB-0734-L73M
FISHER & PHILLIPS LLP
2323 2nd Avenue North
Birmingham, Alabama 35203
Phone: (205) 327-8354
Fax: (205) 718-7607
mfwalker@fisherphillips.com

COUNSEL FOR DEFENDANT

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 5th day of December, a copy of the foregoing was served upon the following counsel for Plaintiff, via email:

>Jody Forester Jackson
>Jackson + Jackson
>2100 Southbridge Parkway
>Suite 650
>Birmingham, AL  35209
>jjackson@jackson-law.net

*/s/ Marion F. Walker*

3